ERIC S. POWERS
NEVADA BAR NO. 12850
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:   702.228.7717
Facsimile:   702.228.8824
Email: epowers@selmanlaw.com

Attorneys for Plaintiff NATIONAL
CASUALTY COMPANY, a Wisconsin
corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL CASUALTY COMPANY, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>EFREN ISAAC SOTELO, an individual; and PHILIP MICHAEL BOUCHARD, an individual,<br><br>Defendants. | Case No.  2:17-cv-02456-KJD-CWH<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT EFREN ISAAC SOTELO AND SERVICE BY PUBLICATION ON AN ORDER SHORTENING TIME** |

Plaintiff National Casualty Company (hereinafter "NCC" or "Plaintiff"), by and through its counsel, Selman Breitman LLP, filed it's motion requesting an order to allow NCC a sixty (60) day extension of time up to and including February 5, 2018 to serve and permission to serve Defendant Efren Isaac Sotelo (hereinafter "Efren") by publication.  Pursuant to the Court's Order Granting the same Document 12 and Fed. R. Civ. P. 4(e)(1).

### ORDER

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED** that NCC's Motion to For an Extension of Time to Serve Defendant Efren Isaac Sotelo and Service By Publication is **GRANTED**.

The Deadline to serve Defendant Efren Isaac Sotelo is extended to February 5, 2018.

1

NCC shall comply with service of Defendant Efren Isaac Sotelo pursuant to Nevada Rules of Civil Procedure 4(e)(1)(iii) and other applicable Nevada law by publishing the summons in the Nevada Legal News newspaper, published in the State of Nevada, to be designated by this Court for a period of 4 weeks, and at least once a week during said time.

**IT IS SO ORDERED** this January 4, 2018.

_____
MAGISTRATE JUDGE

Respectfully submitted by:
SELMAN BREITMAN LLP


By:\_\_\_\_/s/ *Eric S. Powers*_____
    ERIC S. POWERS
    Nevada Bar No. 12850
    3993 Howard Hughes Parkway, Suite 200
    Las Vegas, NV 89169
    Attorneys for NATIONAL CASUALTY COMPANY,
    a Wisconsin corporation

100523.1 380.41532

## CERTIFICATE OF SERVICE

In accordance with Rule 5(b) of the Nevada Rules of Civil Procedure, I hereby certify that on the 2ND day of January 2018, a copy of **PROPOSED ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT EFREN ISAAC SOTELO AND SERVICE BY PUBLICATION ON AN ORDER SHORTENING TIME** was served on all CM/ECF registered parties by filing and serving the same using the CM/ECF filing system.

*/s/ Eric S. Powers*
ERIC S. POWERS
An Employee of Selman Breitman LLP

3

100523.1 380.41532