NATHANIEL S.G. BRAUN
PRO HAC VICE
ERIC S. POWERS
NEVADA BAR NO. 12850
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:    702.228.7717
Facsimile:     702.228.8824
Email:            nbraun@selmanlaw.com
                    epowers@selmanlaw.com

Attorneys for Plaintiff NATIONAL
CASUALTY COMPANY, a Wisconsin
corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL CASUALTY COMPANY, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>EFREN ISAAC SOTELO, an individual; and PHILIP MICHAEL BOUCHARD, an individual,<br><br>Defendants. | Case No.   2:17-cv-02456-KJD-CWH<br><br>**MOTION AND [PROPOSED] ORDER TO REMOVE ALAN B. YUTER FROM CASE AND ELECTRONIC SERVICE LIST** |

TO THE COURT, CM/ECF, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff National Casualty Company (hereinafter "National") hereby files this Motion to Remove Alan B. Yuter from this case and the Electronic Service List.

Mr. Yuter no longer intends to seek an application for admission pro hac vice in this case. Accordingly, hereby requests that he be removed from this case and the Electronic Service List.

Eric S. Powers and Nathaniel S.G. Braun of the law firm of Selman Breitman LLP shall remain counsel of record and should continue to receive notification via the Electronic Service

1

List.

DATED: May 22, 2018        SELMAN BREITMAN LLP

By:    /s/ *Eric S. Powers*
ERIC S. POWERS
NEVADA BAR NO. 12850
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Phone: 702.430.5902
Facsimile: 702.228.8824
Attorneys for Plaintiff NATIONAL CASUALTY COMPANY, a Wisconsin corporation

## ORDER

IT IS HEREBY ORDERED that Alan B. Yuter shall be removed from the electronic service list in this case.

DATED: May 25, 2018

_____
U.S. MAGISTRATE JUDGE

2

# CERTIFICATE OF SERVICE

In accordance with Rule 5(b) of the Nevada Rules of Civil Procedure, I hereby certify that on the 22nd day of May 2018, a copy of **MOTION AND [PROPOSED] ORDER TO REMOVE ALAN B. YUTER FROM CASE AND ELECTRONIC SERVICE LIST** was served on all CM/ECF registered parties by filing and serving the same using the CM/ECF filing system.

*/s/ Bonnie Kerkhoff Juarez*
BONNIE KERKHOFF JUAREZ
An Employee of Selman Breitman LLP

101416.1 380.41532