NATHANIEL S.G. BRAUN
PRO HAC VICE
CYRUS WHITTAKER
NEVADA BAR NO. 14965
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:     702.228.7717
Facsimile:     702.228.8824
Email:   nbraun@selmanlaw.com
Email:   cwhittaker@selmanlaw.com

Attorneys for NATIONAL CASUALTY COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL CASUALTY COMPANY, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>EFREN ISAAC SOTELO, an individual; and PHILIP MICHAEL BOUCHARD, an individual,<br><br>Defendants. | Case Nos.   2:17-cv-02456-KJD-DJA<br>2:20-cv-01084-JCM-BNW<br><br>**NATIONAL CASUALTY COMPANY'S SUBSTITUTION OF ATTORNEY** |
| PHILIP MICHAEL BOUCHARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CASUALTY COMPANY, a foreign corporation; COAST NATIONAL INSURANCE COMPANY dba FOREMOST INSURANCE GROUP, a foreign entity; SELMAN BREITMAN LLP, a foreign limit liability partnership; STEPHENSON & DICKINSON, a Nevada professional corporation; DOES 1 through 10, and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | |

1

Plaintiff National Causalty Company hereby substitutes Cyrus Whittaker, Esq., of SELMAN BREITMAN LLP, 3993 Howard Hughes Parkway, Suite 200, Las Vegas, NV 89169-0961, as local counsel of record in place of Gil Glancz.

I, Cyrus Whittaker, am duly admitted to practice in this district, have been retained by National Casualty Company, and accept the above substitution.

*/s/ - Cyrus Whittaker*

By: _____    DATE:    August 7, 2020

*CYRUS WHITTAKER, ESQ.*


I, Nick Eppinger, am authorized to accept this substation on behalf of National Casualty Company, and consent to the above substitution.

*/s/ - Nick Eppinger*

By: _____    DATE:    August 7, 2020

*Nick Eppinger,* Claims Specialist III, Nationwide E&S Specialty Insurance.


**APPROVED**

By: _____    DATE:    August 10, 2020

UNITED STATES MAGISTRATE JUDGE

*Selman Breitman LLP*
ATTORNEYS AT LAW

380 41532 4843-7769-2607 .v1

2

1

## CERTIFICATE OF SERVICE

2      In accordance with Rule 5(b) of the Nevada Rules of Civil Procedure, I hereby certify that

3  on the 7th day of August 2020, a copy of **NATIONAL CASUALTY COMPANY'S**

4  **SUBSTITUTION OF ATTOR EY** was served on all CM/ECF registered parties by filing and

5  serving the same using the CM/ECF filing system.

6

7

8                                               */s/ Bonnie Kerkhoff Juarez*
                                                BONNIE KERKHOFF JUAREZ
9                                               An Employee of Selman Breitman LLP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

380 41532 4843-7769-2607 .v1