UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONAL CASUALTY COMPANY, | Case No. 2:17-cv-02456-KJD-DJA |
| Plaintiff, | ORDER |
| v. | |
| EFREN ISAAC SOTELO, *et al.*, | |
| Defendants. | |

On September 23, 2020, the Court denied (#97) a motion for summary judgment. The Court's prior order (#73) re-set the deadline to file the Joint Pre-trial Order ("JPTO") to twenty-eight (28) days after the Court denied dispositive motions. Therefore, the JPTO was due no later than October 20, 2020. Defendant did a file a motion for reconsideration, which was subsequently denied, but the filing of the motion did not stay the deadline to file a JPTO. Accordingly, the parties are hereby ordered to file their JPTO within twenty-one (21) days of the entry of this order.

DATED this 6th day of April 2021.

_____
The Honorable Kent J. Dawson
United States District Judge