Nathaniel S.G. Braun, *pro hac vice*
  nbraun@sinclairbraun.com
Kevin S. Sinclair, NV Bar No.
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Plaintiff
NATIONAL CASUALTY COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## NEVADA

| | |
|---|---|
| NATIONAL CASUALTY COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> EFREN SOTELO et al., <br><br> Defendants. | Case No.: 2:17-cv-2456-KJD-DJA <br><br> **STIPULATION AND ORDER TO CONTINUE FILING DEADLINE FOR JOINT PRETRIAL ORDER [ECF NO. 103]** <br><br> [Honorable Kent J. Dawson] |

**To the Honorable Court:**

Counsel for the respective parties have worked together to draft a joint pretrial order for the Court, pursuant to the Court's April 7, 2021 Order (ECF No. 103). However, the individual at plaintiff National Casualty Company responsible for oversight of the file has been hospitalized and unable to meaningfully participate in preparation/approval of the proposed order.

The parties therefore jointly request that the Court **issue an order extending the deadline to file the Joint Pretrial Order by 4 weeks, to May 26, 2021**, to accommodate the individual's medical needs.

This is the first request for an extension, and no trial date has been set in this action.

Dated: April 28, 2021  SINCLAIR BRAUN LLP


By: <u>  /s/-Nathaniel S.G. Braun            </u>
NATHANIEL S.G. BRAUN
Attorneys for Plaintiff
NATIONAL CASUALTY COMPANY

Dated: April 28, 2021  THE SCHNITZER LAW FIRM


By: <u>  /s/ - Jordan Schnitzer              </u>
JORDAN SCHNITZER
Attorneys for Defendant
PHILIP BOUCHARD

**IT IS SO ORDERED.**

Date: <u>  5/3/2021           </u>  <u>                                        </u>
HON. KENT J. DAWSON
United States District Court Judge

